United States District Court
Southern District of Texas

**ENTERED**

October 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROY GUTIERREZ-PEREIRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-25-5981 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Roy Gutierrez-Pereira, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On September 30, 2026, the federal respondents filed an Advisory stating that the petitioner has been removed from the United States. (Docket Entry No. 14). Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on October 8, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge